ORIGINAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 3:07-CR-077-L |
| | § | |
| JOSEPH B. JACKSON, SR., (2) | § | |
| a.k.a. "Joseph Jackson" | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Joseph B. Jackson, Sr., by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count One of the superseding Information. After cautioning and examining Joseph B. Jackson, Sr. under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that Joseph B. Jackson, Sr. be adjudged guilty and have sentence imposed accordingly.

Date: August 6, 2008

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).